| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark T. Young (89951) / Stephanie M. Lemos (270314)<br>Donahoe & Young LLP<br>25152 Springfield Court, Suite 345<br>Valencia, CA  91355<br>Tel:  661-259-9000<br>Fax: 661-554-7088<br><br>*Attorney for*  Defendant RICKY WAYNE STOCKTON | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

   Ricky Wayne Stockton, aka Rick W. Stockton and Rick Stockton,

                                                              Debtor.

Melanie Coto, Tele-Interpreters On Call, Inc., and Sycamore Services, LLC,

                                                              Movant(s),

vs.

Ricky Wayne Stockton, aka Rick W. Stockton and Rick Stockton,

                                                              Respondant(s).

CHAPTER  7

CASE NUMBER  2:10-bk-43715-ER

Adv. No. 2:10-ap-03070-ER

DATE: 7/19/11
TIME: 10:00 a.m.
COURTROOM: 1568

## NOTICE OF NON-OPPOSITION

1. TO THE MOVANT *(specify name)*: Melanie Coto, Tele-Interpreters On Call, Inc., and Sycamore Services, LLC

2. NOTICE IS HEREBY GIVEN that the ☒ Debtor   ☐ Chapter ____ Trustee   ☒ Other *(specify)*: Defendant in the above-entitled proceeding does not oppose the granting of the following motion or application *(specify)*:

   Summary Judgment to Determine Nondischargeability of Debt

Respectfully submitted,

Dated: 6/28/11

Donahoe & Young LLP
*Firm Name*

By: */s/ Mark T. Young*

Name: Mark T. Young
       *Attorney for (specify)*: Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.4**

Notice of Non-Opposition - *Page 2*                                                          F 9013-1.4

| In re<br>Ricky Wayne Stockton, aka Rick W. Stockton and Rick Stockton, | CHAPTER: 7<br>Adv. No. 2:10-ap-03070-ER |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-43715-ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

25152 Springfield Court, Suite 345, Valencia, California 91355

A true and correct copy of the foregoing document described as  Notice of Non-Opposition  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  6/28/11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Joshua Holt     josh.holt@bingham.com
Alberta P Stahl (TR)     trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  6/28/11  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Ernest Robles
United States Bankruptcy Judge

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/28/11 | Sherril L. Young | */s/ Sherril L. Young* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  F 9013-1.4