BINGHAM MCCUTCHEN LLP
MICHAEL A. SHERMAN (SBN 94783)
WILLIAM F. GOVIER (SBN 262810)
JOSH HOLT (SBN 261468)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: 213.680.6400
Facsimile: 213.680.6499
Email:   michael.sherman@bingham.com
         william.govier@bingham.com

Attorneys for Plaintiffs,
Melanie Coto, Tele-Interpreters On Call, Inc., and
Sycamore Services, LLC

**FILED & ENTERED**

**AUG 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Ricky Wayne Stockon, aka Rick W Stockton and Rick Stockton,<br><br>Debtor.<br><br>Melanie Coto, Tele-Interpreters On Call, Inc., and Sycamore Services, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Ricky Wayne Stockon, aka Rick W Stockton and Rick Stockton,<br><br>Defendant. | Case No. 2:10-bk-43715-ER<br><br>Chapter 7<br><br>Adv. No. 2:10-ap-03070-ER<br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT**<br><br>Date: July 19, 2011<br>Time: 10:00 a.m.<br>Ctrm: 1568<br><br>Trial<br>Date: August 29, 2011<br>Time: 10:00 a.m. |

Plaintiffs Melanie Coto ("Coto"), Tele-Interpreters On Call, Inc. ("Tele") and Sycamore Services LLC ("Sycamore", and, collectively with Coto and Tele, the "Coto Parties") filed a Motion for Summary Judgment to Determine Nondischargeability of Debt (the "Motion") in the above-captioned adversary proceeding against Defendant and Debtor Ricky Wayne Stockon, aka Rick W Stockton and Rick Stockton (the "Defendant"). After consideration of the Motion, including all evidence and argument submitted in support of the Motion and in

opposition to the Motion, and the arguments of counsel at the hearing on the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED, JUDGED AND DECREED:

1. Judgment shall be and is hereby entered against the Defendant and in favor of the Coto Parties in the amount of $5,316,159.56;

2. This Judgment is nondischargeable in bankruptcy by the Defendant pursuant to 11 U.S.C. §§ 523(a)(2), (4) and (6);

3. The clerk of court is directed to enter this Judgment and close the file.

# # #

DATED: August 1, 2011

_____
United States Bankruptcy Judge

**[PROPOSED] JUDGMENT OF NONDISCHARGEABILITY OF DEBT**

2

A/74020019.4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **[PROPOSED] JUDGMENT OF NONDISCHARGEABILITY OF DEBT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 19, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail:
Office of the U.S. Trustee
725 S. Figueroa St., #2600
Los Angeles, CA  90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 19, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery (within 24 hours of filing):  | Via Email:
Hon. Ernest M. Robles | Alberta P Stahl (TR)  –  trusteestahl@earthlink.net
U.S. Bankruptcy Court | Mark T. Young  –  myoung@donahoeyoung.com
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2011 | Bernice E. Worley | /s/ Bernice E. Worley |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**
A/74020019.4

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **JUDGMENT OF NONDISCHARGEABILITY OF DEBT**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***May 19, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Joshua Holt  -  josh.holt@bingham.com

- Alberta P Stahl (TR)  -  trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn

- United States Trustee (LA)  -  ustpregion16.la.ecf@usdoj.gov

- Mark T Young  -  myoung@donahoeyoung.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*July 2010*                                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**
A/74020019.4